UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Roberto Schultz,<br>    Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-15157/REF |
| Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A,<br>    Movant,<br>v.<br><br>Roberto Schultz,<br>    Respondent/Debtor,<br><br>Frederick L. Reigle<br>    Additional Respondent. | |

**PRAECIPE**

To The Clerk, United States Bankruptcy Court:

Kindly withdraw, without prejudice, Movant, Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A's Objection to Confirmation of Chapter 13 Plan filed with the Court on September 27, 2016.

                                        Respectfully submitted,


Dated:  March 23, 2017                  BY: /s/ Kevin S. Frankel
                                        Kevin S. Frankel, Esquire
                                        Shapiro & DeNardo, LLC
                                        3600 Horizon Drive, Suite 150
                                        King of Prussia, PA 19406
                                        (610)278-6800/ fax (847) 954-4809
S&D File #:16-053413                    PA BAR ID #318323
                                        pabk@logs.com