UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ROBERTO SCHULTZ,  :  Chapter 13

Debtor  :  Bky. No.  16-15157REF

# **ORDER**

AND NOW, this 4 day of May, 2017, upon my consideration of the motion for relief from the automatic stay pursuant to Section 362, filed by JPMorgan Chase, and upon the hearing on the motion today in which various means of payment were discussed, and upon the bench order that I entered during the hearing,

IT IS HEREBY ORDERED that the bench order entered earlier today, is HEREBY RATIFIED, RESTATED, and RE-ENTERED.

IT IS FURTHER ORDERED that the hearing in this matter is continued from today to the following place, date, and time:

**United States Bankruptcy Court - Courtroom #1
The Madison – Third Floor
Fourth and Washington Streets
Reading, PA 19601
on Thursday, June 22, 2017, at 9:30 A.M., prevailing time.**

IT IS FURTHER ORDERED that Debtor shall pay the following payments to JPMorgan Chase on the indicated dates:

1. $770.26 shall be paid immediately;

2. A second payment of $1,000.00 shall be paid on or before May 19, 2017; and

3. A third payment of $1,681.04 shall be paid on or before June 8, 2017.

IT IS FURTHER ORDERED that if Debtor fails to make any of the above payments on a timely basis, JPMorgan Chase may immediately certify such default to the Court for my consideration.

BY THE COURT

*[signature]*

RICHARD E. FEHLING
U.S. BANKRUPTCY JUDGE