United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15157-ref
Roberto Schultz                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Keith              Page 1 of 1              Date Rcvd: May 05, 2017
                               Form ID: pdf900          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
db              Roberto Schultz,   1325 Byfield Street,   Allentown, PA  18103-4205
cr             +CARRINGTON MORTGAGE SERVICES, LLC,   c/o Kevin S. Frankel,   Shapiro & DeNardo, LLC,
                3600 Horizon Drive,   Suite 150,   King of Prussia, PA 19406-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
         BARTON  KNOCHENMUS    on behalf of Debtor Roberto  Schultz knochenmuslaw@gmail.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
          bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         KEVIN S. FRANKEL    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pa-bk@logs.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ROBERTO SCHULTZ,                    :        Chapter 13

       Debtor                               :        Bky. No.  16-15157REF

# ORDER

AND NOW, this 4 day of May, 2017, upon my consideration of the
motion for relief from the automatic stay pursuant to Section 362, filed by
JPMorgan Chase, and upon the hearing on the motion today in which various
means of payment were discussed, and upon the bench order that I entered during
the hearing,

IT IS HEREBY ORDERED that the bench order entered earlier today,
is HEREBY RATIFIED, RESTATED, and RE-ENTERED.

IT IS FURTHER ORDERED that the hearing in this matter is
continued from today to the following place, date, and time:

**United States Bankruptcy Court - Courtroom #1**
**The Madison – Third Floor**
**Fourth and Washington Streets**
**Reading, PA 19601**
**on Thursday, June 22, 2017, at 9:30 A.M., prevailing time.**

IT IS FURTHER ORDERED that Debtor shall pay the following payments
to JPMorgan Chase on the indicated dates:

1.  $770.26 shall be paid immediately;

2.  A second payment of $1,000.00 shall be paid on or before May 19, 2017; and

3.  A third payment of $1,681.04 shall be paid on or before June 8, 2017.

IT IS FURTHER ORDERED that if Debtor fails to make any of the above payments on a timely basis, JPMorgan Chase may immediately certify such default to the Court for my consideration.

BY THE COURT

RICHARD E. FEHLING
U.S. BANKRUPTCY JUDGE