IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Roberto Schultz<br>    Debtor. | CHAPTER 13 |
| Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A<br>    Movant, | BANKRUPTCY CASE NUMBER<br>16-15157/REF<br><br>11 U.S.C. § 362 |
| v. | |
| Roberto Schultz<br>    Debtor,  | June 8, 2017 at 9:30 am |
| Frederick L. Reigle, Trustee,<br>    Additional Respondent. | Courtroom # 1 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A has filed a Motion for Relief, with the Court for relief from the automatic stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 8, 2017 you or your attorney must do all of the following:

    (a) file an Answer explaining your position at United States Bankruptcy Court, 400 Washington Street, The Madison, Courtroom 1, 3rd Floor, Reading, PA 19601.
If you mail your Answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to Movant's attorney:
    Kevin S. Frankel, Esquire
    Shapiro & DeNardo, LLC
    3600 Horizon Drive, Suite 150, King of Prussia, PA 19406
    Phone: (610)278-6800
    Fax: (847) 954-4809

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the HONORABLE RICHARD E. FEHLING on June 8, 2017 at 9:30am in Courtroom #1, United States Bankruptcy Court, 400 Washington Street, The Madison, Courtroom 1, 3rd Floor, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an Answer.

Respectfully submitted,

Dated:  May 22, 2017

BY:/s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com

S&D File #:16-053413