# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roberto Schultz<br>      Debtor | Chapter 13 |
| JPMorgan Chase Bank, N.A.<br>    v.<br>Roberto Schultz<br>    and<br>Frederick L. Reigle Esq.<br>      Trustee | NO. 16-15157 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Reform Abuse and Consumer Protection Act of 2005 (The Code),11 U.S.C. Section 362, is modified to allow JPMorgan Chase Bank, N.A. and its successor in title to exercise its rights pursuant to its loan documents regarding JF1GPAR66E8275152 2014 Subaru Impreza Li .

**Date: June 16, 2017**

_____
United States Bankruptcy Judge.