IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Roberto Schultz,<br>    Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER |
| Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A,<br>    Movant,<br>v.<br>Roberto Schultz,<br>    Debtor,<br><br>Frederick L. Reigle, Trustee,<br>    Additional Respondent. | 16-15157/REF<br><br>11 U.S.C. § 362 |

## ORDER

AND NOW, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1325 Byfield Street, Allentown, PA 18103; and it is

FURTHER ORDERED all *reasonable* communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications ~~to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout~~, may be sent directly to Debtors; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

6/16/17

BY THE COURT:

_____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE