United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-15157-ref
Roberto Schultz                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith           Page 1 of 2           Date Rcvd: Jun 22, 2017
                        Form ID: pdf900        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
```
db              Roberto Schultz,    1325 Byfield Street,    Allentown, PA 18103-4205
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +CARRINGTON MORTGAGE SERVICES, LLC,    c/o Kevin S. Frankel,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
13781086       +Carrington Mortgage Services, LLC,    c/o Kevin S. Frankel, Esq.,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13767886       +County of Lehigh, Fiscal Office,    Government Center,    17 South Seventh Street,
                 Allentown, PA 18101-2401
13767887        DLJ Mortgage Capital,    c/o Hladik Onorato & Federman LP,    298 Wissahickon Ave N,
                 Wales PA 19454
13767889       +DLJ Mortgage Capital Inc,    277 Park Ave Front 2,    New York NY 10172-0006
13767890       +DLJ Mortgage Capital, Inc,    c/o Selene Finance,    Hladik, Onorato & Federman,
                 298 Wissahickon Avenue,    North Wales, PA 19454-4114
13767888       +DLJ Mortgage Capital, Inc,    c/o Credit Suisse (USA) Inc,    Eleven Madison Ave,
                 New York NY 10010-3629
13767891       +GRP Loan, LLC,    c/o Select Portfolio Servicing, Inc.,    Weltman, Weinberg & Reis,
                 PO Box 65450,    Salt Lake City, UT 84165-0450
13862926       +JPMorgan Chase Bank, N.A.,    c/o Brian C. Nicholas, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13767892       +LPA,    436 Seventh Avenue   Suite 2500,    Pittsburgh, PA 15219-1842
13767893        Lehigh County Tax Claim Bureau,    17 S. 17th Street,    Allentown, PA 18101
13767898      #+Portnoff Law Associates, Ltd.,    1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
13767895        Salisbury Township,    c/o John Ashley, Esq,    33 South Seventh Street,    PO Box 4180,
                 Allentown, PA 18105-4180
13767896       +Salisbury Township,    c/o Davidson & McCarthy,    702 Hamilton Street  Suite 300,
                 Allentown, PA 18101-2469
13767897       +Salisbury Township School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13767899        Select Portfolio Servicing, Inc.,    c/o Udren Law Offices, P.C.,    Woodcrest Corporate Center,
                 111 Woodcrest Road   Suite 200,    Cherry Hill, NJ 08003-3620
13767900        Selene Finance LP,    c/o Udren Law Offices, P.C.,    Woodcrest Corporate Center,
                 111 Woodcrest Road  Suite 200,    Cherry Hill, NJ 08003-3620
13847822       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,,
                 1600 South Douglass Road,    Anaheim, California 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jun 23 2017 01:08:00    Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2017 01:08:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13785364        E-mail/Text: bk.notifications@jpmchase.com Jun 23 2017 01:07:26     JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13850689        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2017 01:12:12
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13767894       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2017 01:12:12
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13768594       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 01:07:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 6
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13767901        Selene Finance,   as Servicer for DLJ Mortgage Capital, In,    c/o Udren Law Offices, P.C.,
                 Attn: Sherri Braunstein, Esq.,    Woodcrest Corporate Center,    111 Woodcrest Road  Suite 200
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-4           User: Keith                Page 2 of 2                   Date Rcvd: Jun 22, 2017
                               Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              BARTON   KNOCHENMUS    on behalf of Debtor Roberto   Schultz knochenmuslaw@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC et al. pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Roberto Schultz,  :  Case 16-15157
  :
  Debtor.  :  Chapter 13

## O R D E R

AND NOW, upon consideration of Debtor's Motion for Dismissal of Case, it is hereby

ORDERED, the above-referenced Case is dismissed without prejudice.

**Date: June 22, 2017**

_____
Richard E Fehling
United States Bankruptcy Judge