UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Roberto Schultz,                :         Case 16-15157
                                        :
            Debtor.                     :         Chapter 13

## CERTIFICATION OF NO ANSWER

I, Barton Knochenmus, Esq., counsel for the captioned Chapter 13 Debtor, hereby certify that no answers, objections, responsive pleadings, or requests for hearing have been filed or served in response to Debtor's Counsel's Application for Compensation and Reimbursement of Expenses within twenty-one (21) days, as required by FRBP 2002(a)(6) *Notices to Parties in Interest* and Local Bankruptcy Rule 2016-1( c ) *Certification of Notice*, governing motions, applications and answers, and served upon:

**CARRINGTON MORTGAGE SERVICES, LLC**
c/o Kevin S. Frankel, Esq.
Shapiro & DeNardo, LLC
3600 Horizon Drive Suite 150
King of Prussia, PA 19406

**FREDERICK L. REIGLE**
Chapter 13 Trustee
represented by **LISA MARIE CIOTTI, Esq.**
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**JPMORGAN CHASE BANK, N.A.**
represented by **BRIAN CRAIG NICHOLAS, Esq.**
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106

JPMorgan Chase Bank
*Attn:* **THOMAS I. PULEO, Esq.**
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106

**Roberto Schultz**
1325 Byfield Street
Allentown, PA 18103-4205

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia, PA 19107

All creditors and parties-in-interest as listed on creditor matrix

    Consistent with Local Bankruptcy Rule 2016-1(d) *Disposition of Application*, Applicant respectfully requests this Court award the compensation and reimbursement sought.

                                     BY:    /s/ Barton Knochenmus, Esq.
                                                  Barton Knochenmus, Esq.
                                                  Attorney for Debtor
                                                  1275 Glenlivet Drive Suite 100
                                                  Allentown, Pennsylvania 18106-3107
                                                  610-770-3575

Dated:  August 17, 2017