United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-15157-ref
Roberto Schultz                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1              Date Rcvd: Aug 21, 2017
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db            Roberto Schultz,    1325 Byfield Street,    Allentown, PA  18103-4205
cr           +CARRINGTON MORTGAGE SERVICES, LLC,    c/o Kevin S. Frankel,    Shapiro & DeNardo, LLC,
               3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
              BARTON  KNOCHENMUS    on behalf of Debtor Roberto  Schultz knochenmuslaw@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC et al. pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Roberto Schultz, | : | Case 16-15157 |
| | : | |
| Debtor. | : | Chapter 13 |

## ORDER

AND NOW, in consideration of the Motion of Debtor's Counsel on Application for Allowance of Attorney Fees and Reimbursement of Expenses, and Notice of Application having been duly sent to all creditors and interested parties by Barton Knochenmus, Esq., Counsel for Debtor, and upon Counsel having certified to the Court the absence of the filing or serving of any answer, objection, responsive pleading or request for hearing, it is hereby

ORDERED, the Application of Barton Knochenmus, Esq. for Compensation and Reimbursement of Expenses is approved as an expense of Debtor's chapter 13 case in the total amount of $3,700.00, of which $1,200.00 has already been paid.

**Date: August 21, 2017**

Richard E Fehling
United States Bankruptcy Judge